*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HARRELL, THORNHILL, and KORN
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Cote D. MONTEJO**
Cryptologic Technician (Collection) Petty Officer Second Class (E-5),
U.S. Navy
*Appellant*

**No. 202500002**

_____

Decided: 12 February 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Rachel E. Trest (arraignment)
Kimberly J. Kelly

Sentence adjudged 24 August 2024 by a general court-martial tried at Naval Station Mayport, Florida, consisting of members with enlisted representation. Sentence in the Entry of Judgment: reduction to E-1, confinement for one year, and a dishonorable discharge.

For Appellant:
*Lieutenant Commander Raymond E. Bilter, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.